IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVEN CLARK                                                                                           PLAINTIFF

VS.                                              CASE NO. 12-CV-6067

EPSTEIN, WEINBERG AND
ASSOCIATES, LLC                                                                                       DEFENDANT

## **JUDGMENT**

Plaintiff Steven Clark filed a Complaint against Defendant, Epstein, Weinberg and Associates, LLC, for violations of the Fair Debt Collection Practices Act pursuant to 15 U.S.C. § 1692 *et seq*. Defendant failed to file an appearance, answer, or otherwise plead to Plaintiff's complaint against it. This matter is now before the Court on Plaintiff's Motion for Default Judgment. (ECF No. 6). Defendant has not responded to Plaintiff's default judgment motion, and the time for doing so has passed. The Court finds this matter ripe for consideration.

For the reasons discussed in the Order of even date, the Court finds that Plaintiff's motion for Default Judgment (ECF No. 6) should be and hereby is **GRANTED**. A judgment in the amount of $3,350.75 is hereby entered in favor of Plaintiff.

**IT IS SO ORDERED**, this 15th day of October, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge